IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROBERT J. WEST and ANGELA B. WEST<br>    Plaintiffs, | §<br>§<br>§ | |
| v. | § | Civil Action No. SA-22-CV-00489-FB |
| | § | |
| STATE FARM LLOYDS<br>    Defendant. | §<br>§<br>§ | |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE
## PLAINTIFFS' FIRST AMENDED COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Robert J. West and Angela B. West (hereinafter referred to as "Plaintiffs"), and pursuant to Fed. R. Civ. P. 15(a)(2) and the Scheduling Order (Doc. 7), file this *Plaintiffs' Motion for Leave to File Plaintiffs' First Amended Complaint*. A copy of the *Plaintiffs' First Amended Complaint* is being marked for identification and hereto attached as **Attachment A**. Plaintiff would respectfully show this honorable Court the following:

**I.**

1.      This suit was removed from Bexar County state court on May 17, 2022, by Defendant (Doc. 1). Removal is not being contested by Plaintiffs. Plaintiffs acknowledge that even though this case was commenced in a Texas state district court, upon removal Plaintiffs' pleadings are subject to scrutiny pursuant to the Federal Rules of Civil Procedure pursuant to Fed. R. Civ. P. 81(c)(1). This of course includes Fed. R. Civ. P. 9(b) and (f).

2.      Pursuant to the Scheduling Order (Doc. 7), Plaintiffs requests that they be granted leave to file *Plaintiffs' First Amended Complaint*. Section 3 of the Scheduling Order provides:

> "the parties shall file all motions to amend or supplement pleadings or join additional parties by September 10, 2022."

3. Plaintiffs seek to more completely and accurately state their claims based upon Texas statutory and common law in compliance with the pleading requirements of the Federal Rules of Civil Procedure. Each of such claims is well-supported in both fact and law. Therefore, Plaintiffs contend they should be granted leave to file *Plaintiffs' First Amended Complaint* to assert such claims in conformity with Fed.; R. Civ. P. 9(b) and (f), to present this case in as complete a manner as possible.

4. Plaintiffs certify that this motion for leave is unopposed, as shown in the Certificate of Conference submitted herewith.

## CONCLUSION

For each and all the foregoing reasons and based upon the above-discussed controlling authorities, Plaintiff respectfully moves this Court to grant its instant Motion for Leave and to grant it leave to file its attached proposed First Amended Complaint.

Respectfully Submitted,

By: _____
J. Rohlf Jewell
Texas Bar No. 24046157
rjewell@hodgefirm.com
Shaun W. Hodge
Texas Bar No. 24052995
shodge@hodgefirm.com
The Hodge Law Firm, PLLC
1301 Market Street
Galveston, Texas 77550
Telephone: (409) 762-5000
Facsimile: (409) 763-2300

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

     A true and correct copy of the foregoing has been served on the following counsel of record in accordance with the FEDERAL RULES OF CIVIL PROCEDURE on this 9th day of September, 2022:

    David R. Stephens
    State Bar No: 19146100
    Benjamin C. Nichols
    State Bar No. 24032786
    LINDOW ▪ STEPHENS ▪ SCHULTZ LLP
    One Riverwalk Place
    700 N. St. Mary's Street, Suite 1700
    San Antonio, Texas 78205
    (210) 227-2200 (telephone)
    (210) 227-4602 (facsimile)
    dstephens@lsslaw.com
    rrabago@lsslaw.com
   ATTORNEYS FOR THE DEFENDANT

By: _____
     J. Rohlf Jewell

## CERTIFICATE OF CONFERENCE

     I certify that the counsel for the Defendant stated on this 9th day of September, 2022, that he is not opposed to Plaintiffs' filing their *Plaintiffs' Motion for Leave to File Plaintiffs' First Amended Complaint*.

_____
J. Rohlf Jewell