IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROBERT J. WEST and ANGELA B. WEST | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. SSA-22-CV-00489-FB |
| | § | |
| STATE FARM LLOYDS | § | |
|     Defendant. | § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs, Robert J. West and Angela B. West, and Defendant, State Farm Lloyds (collectively, "the Parties") file this Joint Notice of Settlement and respectfully show that Plaintiffs and Defendant have reached a settlement in this action. The Parties request an additional sixty (60) days in which to finalize the settlement and file appropriate dismissal papers.

    Respectfully submitted,

    THE HODGE LAW FIRM, PLLC
    The Historic Runge House
    1301 Market Street
    Galveston, Texas 77550
    Telephone:    (409) 762-5000
    Facsimile:    (409) 763-2300
    shodge@hodgefirm.com
    jjewell@hodgefirm.com

    _____
    Shaun W. Hodge
    State Bar No. 24052995
    J. Rohlf Jewell
    State Bar No. 24046157

    COUNSEL FOR PLAINTIFFS ROBERT J. WEST
    AND ANGELA B. WEST

        LINDOW STEPHENS SCHULTZ
        MOYNIHAN & BROWN, LLP
        One Riverwalk Place
        700 N. St. Mary's Street, Suite 1700
        San Antonio, Texas 78205
        Telephone:    (210) 227-2200
        Facsimile:    (210) 227-4602
        dstephens@lsslaw.com
        bnichols@lsslaw.com

        */s/ Ben C. Nichols (JRJ by permission)*
        David R. Stephens
        State Bar No. 19146100
        Benjamin C. Nichols
        State Bar No. 24032786

        COUNSEL FOR DEFENDANT STATE FARM LLOYDS

**CERTIFICATE OF SERVICE**

    A true and correct copy of the foregoing has been served on the following counsel of record in accordance with the FEDERAL RULES OF CIVIL PROCEDURE on this 15th day of October, 2025:

    David R. Stephens
    State Bar No: 19146100
    Benjamin C. Nichols
    State Bar No. 24032786
    LINDOW ▪ STEPHENS ▪ SCHULTZ LLP
    One Riverwalk Place
    700 N. St. Mary's Street, Suite 1700
    San Antonio, Texas 78205
    (210) 227-2200 (telephone)
    (210) 227-4602 (facsimile)
    dstephens@lsslaw.com
    rrabago@lsslaw.com
  ATTORNEYS FOR THE DEFENDANT

        _____
        J. Rohlf Jewell